PER CURIAM.
We affirm the denial of appellant’s rule 3,850 motion and certify as a question of great public importance the same question certified in Major v. State, 790 So.2d 550, 553 (Fla. 3d DCA) review granted, 797 So.2d 586 (Fla.2001).
WHETHER THE TRIAL COURT OR COUNSEL HAVE A DUTY TO ADVISE A DEFENDANT THAT HIS PLEA IN A PENDING CASE MAY HAVE SENTENCE ENHANCING CONSEQUENCES IF THE DEFENDANT COMMITS A NEW CRIME IN THE FUTURE?
KLEIN, SHAHOOD and TAYLOR, JJ., concur.